FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Mar 26, 2024, 9:32 am
Lucy H. Carrillo, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| CATHY L. BERMUDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, *et al.*,<br><br>    Defendants. | Case No. 24-cv-00036-DKW-KJM<br><br>**ORDER DISMISSING DEFENDANTS CKS PRIME INVESTMENTS, LLC AND CONTINENTAL FINANCE COMPANY, LLC PURSUANT TO PLAINTIFF'S AS-CONSTRUED NOTICE OF VOLUNTARY DISMISSAL** |

On January 26, 2024, Plaintiff Cathy Bermudez filed a Complaint against Defendants Equifax Information Services ("Equifax"), Experian Information Solutions ("Experian"), Trans Union, CKS Prime Investments ("CKS Prime"), and Continental Finance Company ("Continental"), asserting violations of the Fair Credit Reporting Act and the Fair Debt Collection Practices Act arising out of the alleged theft of her identity in 2022. Dkt. No. 1. Subsequently, on March 13, 2024, Bermudez filed a "Request for Rule 41 Dismissal Without Prejudice" as to CKS Prime and Continental. Dkt. No. 28. Therein, Bermudez asserted that she, CKS Prime, and Continental all "stipulate[] and agree[] . . . that CKS Prime and Continental are dismissed without prejudice, with Plaintiff and Defendants to bear their own fees and costs." *Id.* at 2.

Rule 41 of the Federal Rules of Civil Procedure provides that a plaintiff may voluntarily dismiss an action without a court order by filing either:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
(ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).  However, if the opposing party has answered, moved for summary judgment, and/or refused to stipulate to dismissal, the action may be dismissed "at the plaintiff's request only by court order [and] on terms that the court considers proper."  Fed. R. Civ. P. 41(a)(2).

Here, it is unclear under which provision of Rule 41 Bermudez brings her "request."  Notably, although Bermudez asserts that both CKS Prime and Continental stipulate to their dismissal, neither Defendant has *appeared*, much less signed Bermudez's filing.[1]  *See* Dkt. No. 28 at 2.  Nevertheless, as neither CKS Prime nor Continental have answered or moved for summary judgment, Bermudez may dismiss her claims against both Defendants by notice pursuant to Rule 41(a)(1)(A)(i).[2]  As such, the Court construes Bermudez's "request" for voluntary

---

[1] Nor did Trans Union and Experian—the only Defendants who *had* appeared at the time of filing—sign the stipulation.  *See* Dkt. No. 28 at 2; Fed. R. Civ. P. 41(a)(1)(A)(ii) (explaining a stipulation of dismissal must be "signed by *all* parties who have appeared." (emphasis added)).
[2] Although Trans Union and Experian have both filed answers, *see* Dkt. Nos. 20 & 24, this does not preclude Bermudez from filing a notice of dismissal as to CKS Prime and Continental.  *See Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993) ("Rule 41(a)(1) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or a motion for summary judgment.").

dismissal as notice of the same. Pursuant to Rule 41(a)(1)(A)(i), Bermudez's claims against CKS Prime and Continental are therefore DISMISSED WITHOUT PREJUDICE by operation of law. *See Com. Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1078 (9th Cir. 1999) ("[I]t is beyond debate that a dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it."); Fed. R. Civ. P. 41(a)(1)(B) ("Unless the notice or stipulation states otherwise, the dismissal is without prejudice.").

IT IS SO ORDERED.

DATED: March 26, 2024 at Honolulu, Hawai'i.

Derrick K. Watson
Chief United States District Judge

---

*Cathy L. Bermudez vs. Equifax Information Services, LLC, et al*; Civil No. 24-00036 DKW-KJM; **ORDER DISMISSING DEFENDANTS CKS PRIME INVESTMENTS, LLC AND CONTINENTAL FINANCE COMPANY, LLC PURSUANT TO PLAINTIFF'S AS-CONSTRUED NOTICE OF VOLUNTARY DISMISSAL**