BRONSTER FUJICHAKU ROBBINS
A Law Corporation
MARGERY S. BRONSTER          4750
ROBERT M. HATCH              7724
1003 Bishop Street, Suite 2300
Honolulu, Hawai'i 96813
Telephone: (808) 524-5644
Facsimile: (808) 599-1881
E-mail: mbronster@bfrhawaii.com
        rhatch@bfrhawaii.com

JAMES M. SMITH (Admitted *pro hac vice*)
Doherty Smith, LLC
7000 W 127th St,
Palos Heights, IL 60463
Telephone: (708) 645-8824
Facsimile: (312) 319-4084
Email: JSmith@dohertysmith.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF HAWAII

| | |
|---|---|
| CATHY L. BERMUDEZ,<br><br>      Plaintiff,<br><br>   vs.<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; CKS PRIME INVESTMENTS, LLC; and CONTINENTAL FINANCE COMPANY, LLC;<br><br>      Defendants. | **Case No.:** 1:24-cv-0036-DKW-KJM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS EQUIFAX INFORMATION SERVICES, LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.** |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANTS EQUIFAX INFORMATION
SERVICES, LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.1, Plaintiff Cathy L. Bermudez hereby dismisses all claims in this action, with prejudice, as to Defendants Equifax Information Services, LLC ("Equifax") and Experian Information Solutions, Inc ("Experian"). This dismissal includes all Plaintiff's claims against Defendants Equifax and Experian. Equifax and Experian are the only remaining defendants in this Action.

Plaintiff, Equifax Information Services, LLC, and Experian Information Solutions, Inc. are to bear their own costs and attorneys' fees.  All parties who have appeared in this matter have agreed to this stipulation, therefore, dismissal is appropriate under Rule 41(a)(1)(A)(ii).

RESPECTFULLY SUBMITTED this 6th day of June 2024.

/s/ James M. Smith
JAMES M. SMITH (*pro hac vice*)
MARGERY S. BRONSTER
ROBERT M. HATCH

*Attorneys for Plaintiff*
CATHY L. BERMUDEZ

/s/ Deborah K. Wright (*with consent*)
DEBORAH K. WRIGHT
DOUGLAS R. WRIGHT

*Attorneys for Defendant*
EXPERIAN INFORMATION SOLUTIONS, INC.

/s/Andrew L. Salenger (*with consent*)
ANDREW L. SALENGER
ARIS B.C. SPRINGS

*Attorneys for Defendant*
EQUIFAX INFORMATION SERVICES

APPROVED AS TO FORM.

DATED: June 7, 2024 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
_____
Derrick K. Watson
Chief United States District Judge

---

CATHY L. BERMUDEZ v. EQUIFAX INFORMATION SERVICES LLC, et al.; Civil No. 1:21-cv-0036 DKW-KJM; STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS EQUIFAX INFORMATION SERVICES, LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that on the Friday, June 7, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all users.

                              By:  /s/ *James M. Smith*

| | |
|---|---|
| DEBORAH K. WRIGHT 4444<br>DOUGLAS R. WRIGHT  9643<br>WRIGHT & KIRSCHBRAUN<br>A Limited Liability Law Company<br>1885 Main Street, Suite 106<br>Wailuku, HI  96793<br>Telephone: 808-244-6644<br>Facsimile: 808-244-1013<br>Email: deborah@wkmaui.com<br>doug@wkmaui.com<br><br>*Attorneys for Defendant Experian Information Solutions, Inc.* | ANDREW L. SALENGER #8871-0<br>GORDON REES SCULLY MANSUKHANI, LLP<br>707 Richards Street, Suite 625<br>Honolulu, Hawaii 96813<br>Telephone No.: (808) 441-1830<br>Facsimile No.: (808) 464-6535<br>Email: asalenger@grsm.com<br><br>*Attorney for Defendant Equifax Information Services, LLC* |